UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE CARMEN MARTINEZ COSME, MARTHA GARCIA, ELEAZAR RAMIREZ and IRMA FRANCO FLORES,

                    Plaintiffs,

-against-

ARELLS CREATIONS USA CORPORATION, FRANCISCO JAVIER VARGAS ZARAGOZA, LOURDES HERNANDEZ, MARGARITA VAZQUEZ and ARACELI VAZQUEZ,

                    Defendants.

Docket No. 15 Civ. 05032 (KPF)

AFFIRMATION OF SERVICE

---

The undersigned, Adam Braverman, Esq., over the age of 18, not a party to the above-captioned action, admitted to practice in all the Courts of the State of New York, affirms under the penalties of perjury that: On October 30, 2015, I served the following documents: (i) Order to Show Cause, signed by Hon. Katherine Polk Failla on October 26, 2015, and (ii) Declaration of Adam Braverman, Esq., dated October 26, 2015, together with all supporting papers, upon the following parties:

Arells Creations USA Corpration
c/o Francisco Javier Vargas Zaragoza
1379 Madison St., Floor 1
Brooklyn, NY 11237

Francisco Javier Vargas Zaragoza
1379 Madison St., Floor 1
Brooklyn, NY 11237

Lourdes Hernandez
1379 Madison St., Floor 1
Brooklyn, NY 11237

Margarita Vazquez
1379 Madison St., Floor 1
Brooklyn, NY 11237

Araceli Vazquez
1379 Madison St., Floor 1
Brooklyn, NY 11237

by depositing a true copy of the same securely enclosed in a post-paid wrapper in a United States postal depository, directed to the parties listed above, at the address listed above, by certified mail in accordance with the Order to Show Cause referenced above.


Dated: New York, New York
      October 30, 2015

                                                    */s/ Adam Braverman*
                                                    Adam Braverman